PROB 35A

**FILED**
April 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MAM_____
DEPUTY

**Report and Order Terminating Regular Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES NATE BELL | Crim. No.   5:23-CR-00452 |

On August 14, 2023, the above named Defendant was sentenced in the Central District of California, under cause number SA-CR 20-00018-JVS to a term of three (3) years' probation, for the offense of Obstruction of Criminal Investigation of Health Care Offense, in violation of 18 U.S.C. §§ 1518(a)  On August 14, 2023, Mr. Bell commenced his supervision, and his term of probation will expire on August 13, 2026.  On September 7, 2023, the Western District of Texas, San Antonio Division, accepted jurisdiction from the Central District of California.  The Probation Officer Assistant now reports that the probationer has complied with the terms and conditions of supervision and is no longer in need of supervision by the United States Probation Office. Therefore, pursuant to Title 18 United States Code § 3583(e)(2), it is recommended that the terms and conditions of supervision be modified and reduced to reflect that he is not subject to the terms and conditions of supervision, except that the he shall not commit a new federal or state offense.

Respectfully submitted,

_____
Juan Diego Salcido
United States Probation Officer Assistant

### ORDER OF THE DISCHARGE

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision by the United States Probation Office and that he be held accountable only for not committing a new federal or state offense during the duration of the term of supervision which remains in effect until August 13, 2026.

Dated this   21st   day of   April  ,   2025  .

_____
Honorable Judge
United States District Judge